NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1093

CORNELL D.M. JUDGE CORNISH,

Plaintiff-Appellant,

v.

JOHN J. DOLL, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office, UNITED STATES PATENT AND TRADEMARK OFFICE, HARRY I. MOATZ, Director of Office of Enrollment and Discipline, and WILLIAM J. GRIFFIN, Attorney, Office of Enrollment and Discipline,

Defendants-Appellees.

Cornell D.M. Judge Cornish, of Washington, DC, pro se.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Ronald K. Jaicks, Associate Solicitor.

Appealed from: United States District Court for the District of Columbia

Judge Richard W. Roberts

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1093

CORNELL D.M. JUDGE CORNISH,

Plaintiff-Appellant,

v.

JOHN J. DOLL, Acting Under Secretary of Commerce for Intellectual Property
and Acting Director of the United States Patent and Trademark Office,
UNITED STATES PATENT AND TRADEMARK OFFICE,
HARRY I. MOATZ, Director of Office of Enrollment and Discipline,
and WILLIAM J. GRIFFIN, Attorney, Office of Enrollment and Discipline,

Defendants-Appellees.

# Judgment

ON APPEAL from the      United States District Court for the District of Columbia

in CASE NO(S).      07-CV-1719

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, LOURIE, and RADER, Circuit Judges).

AFFIRMED. See Fed.Cir.R.36.

ENTERED BY ORDER OF THE COURT

DATED August 4, 2009      /s/ Jan Horbaly
Jan Horbaly, Clerk